

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:16cr 142 |
| ) | |
| HASSAN ISAAC NELSON, ) | 21 U.S.C. § 846 |
| ) | Conspiracy to Distribute and Possess |
| *Defendant.* ) | with Intent to Distribute Heroin |
| ) | (Count 1) |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | Possess with Intent to Distribute Heroin |
| ) | (Count 2) |
| ) | |
| ) | 21 U.S.C. § 853 |
| ) | Forfeiture Allegation |
| ) | |

## INDICTMENT

October 2016 Term - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about 2015 and continuing thereafter until on or about August 5, 2016, in the Eastern District of Virginia, the defendant, HASSAN ISAAC NELSON, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown, to commit one or more of the following offenses:

1. To unlawfully, knowingly and intentionally distribute and possess with intent to distribute one-hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## OVERT ACT

The objective of the conspiracy was making money through the distribution of heroin. In furtherance of the conspiracy and to accomplish the objective thereof, the following overt act, among others, was committed in the Eastern District of Virginia.

1. On or about August 5, 2016, at Virginia Beach, in the Eastern District of Virginia, HASSAN ISAAC NELSON possessed one-hundred (100) grams or more of heroin with intent to distribute, marihuana, packaging materials, two digital scales and approximately $9,515 in cash at his residence on Glencoe Lane.

(In violation of Title 21, United States Code, Section 846.)

## COUNT TWO

On or about August 5, 2016, at Virginia Beach, in the Eastern District of Virginia, the defendant, HASSAN ISAAC NELSON, did unlawfully, knowingly and intentionally possess with intent to distribute one-hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).)

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER ALLEGES AND FINDS PROBABLE CAUSE THAT:

1. The defendant, HASSAN ISAAC NELSON, if convicted of any of the violations alleged in this Indictment, as part of the sentencing of the defendant pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

   a. Any property, real or personal used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

   b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the; and,

   c. Any other property of the defendant up to the value of the property subject to forfeiture above, if any property subject to forfeiture above, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be subdivided without difficulty.

(All in accordance with Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).)

*United States v. Hassan Isaac Nelson*
Criminal No. 2:16cr 142

**Sealed Pursuant to the**
**E-Government Act of 2002**

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov